UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-20569-CIV-MARTINEZ-WHITE
(Case Number: 12-20087-TP-MARTINEZ)

ANGEL LUIS TORRES,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ON MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION AND REFERRING CASE BACK FOR FURTHER PROCEEDINGS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant's *pro se* motion to vacate, filed pursuant to 28 U.S.C. § 2255 [ECF No. 1]. Magistrate Judge White filed a Report and Recommendation [ECF No. 5], recommending that the motion to vacate be summarily dismissed as time-barred and that no certificate of appealability be issued. Movant timely objected, noting, in part, that his petition was timely, given that he filed it well before the one-year period of limitation calculated from the date his judgment of revocation became final. *See* 28 U.S.C. § 2255(f)(1); [ECF No. 7]. This Court reviews Movant's Objections *de novo*.

As indicated by Magistrate Judge White in his Report and Recommendation, Movant's judgment of revocation became final on September 29, 2016, or the date any direct appeal of his judgment should have been filed (14 days from the entry of judgment). Pursuant to 28 U.S.C. § 2255(f)(1), Movant had one year from the date his judgment of revocation became final to file his motion to vacate, or until September 29, 2017. Movant's motion to vacate was filed on February 8, 2017, pursuant to the prison mailbox rule. [ECF No. 1]. Therefore, contrary to the

findings set forth in the Report and Recommendation, Movant's motion was timely filed. Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation [ECF No. 5] is not affirmed or adopted. Because Movant's motion to vacate was, in fact, timely filed, a Report and Recommendation on the merits of the motion is required. Therefore, this matter is **REFERRED** back to Magistrate Judge White for further proceedings consistent with this order.

DONE AND ORDERED in Chambers at Miami, Florida, this __9__ day of March, 2017.

											_____
											JOSE E. MARTINEZ
											UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Angel Luis Torres, #82932-004